**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Walleye Trading LLC,

Plaintiff(s),

v.

AbbVie Inc and William J. Chase,

Defendant(s).

Case No. 18 cv 5114
Judge Charles P. Kocoras

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment entered in favor for defendants AbbVie Inc. and William J. Chase and against plaintiff Walleye Trading LLC.

---

This action was *(check one)*:

☒ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion to dismiss.

Date: 9/18/2019

Thomas G. Bruton, Clerk of Court

Vettina Franklin, Deputy Clerk